AO91 (Rev. 12/03)   Criminal Complaint                                                            AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:16-po-03292 |

Marcelino OLIVEROS-Padilla
IAE A098 945 093
Mexico 1984

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 07, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Marcelino OLIVEROS-Padilla was encountered by Border Patrol Agents near Falfurrias, Texas on June 18, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on June 7, 2016 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Shears Jr, Cipriano  Border Patrol Agent
Signature of Complainant

Shears Jr, Cipriano    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 19, 2016                                                            at    McAllen, Texas
Date                                                                             City/State

Dorina Ramos          U.S. Magistrate Judge
Name of Judge        Title of Judge                                     Signature of Judge